*IN THE NAME OF JESUS-CHRIST*

BB)

Case 1:08-cv-00939   Document 1   Filed 02/11/2008   Page 1 of 30

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

FEB 11 2008
Feb 11, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Dwayne-Griffin #No3392-ID
Court-Case-No
04-CR-059001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Richard-A-Devine
Gerald-T-Winecki
Suzanne-Krause
Edwin-A-Burnette
Elyse-Epstein
Ivette-Nueva

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV939
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

**CHECK ONE ONLY:**

___✓___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWAYNE-GRIFFIN #N03592-IQ

COURT-CASE-NO

04-CR-059001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Joseph-m-Claps
Jose-Padon
Anjana-Hansen
Ann-Buran
Sharon-m-Sullvan
Stephanie-Callas

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___✓___    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

*IN ___ JESUS - Christ*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_DWAYNE-GRIFFIN #N03392-ID_

_COURT-CASE-NO_

_04-CR-059001_

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MARSHALL-LIBERT
BRUCE-MOSBAUCHER
RICHARD-ALBANESE
ANN-DYKES
LORI-SCHULTZ
MATTHEW-BLOMSTRAND

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

IN THE *handwritten*

405-Christ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWAYNE-GRIFFIN #N03592-ID.
COURT-CASE-NO
04-CR-059001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Elyse-Lee
J-PRILL
BROGAN-J.O.
Tom-E-MORALES
Charley-J-WALKER
R-A-PODBORNY

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

√  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*DWAYNE-GRIFFIN #N03592-IO*
*COURT-CASE-NO*
*04-CR-059001*

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____

(To be supplied by the <u>Clerk of this Court</u>)

*K-E-COLLIER-JR*
*Timothy-Edeling*
*LAURA-M-CARABAllO*
*SHARON-Smith*
*EVENWOFF-K*
*Stephan-Combes*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*Dwayne-Griffin #N03592-ID*
*Court-Case-No*
*04-CR-059001*

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

*Michael-J. Pelletier*
*Mary-Grudnowski*
*Debra-Loevy-Reyes*
*James-E-Fitzgerald*
*William-L. Toffentti*
*Lisa-m-Morrison*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DWAYNE-GRIFFIN #N03592-ID

COURT-CASE-NO

04-CR-059001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Thomas-E-Hoffman
Themis-N-Karnezis
Mary-Jane-Theis
Robert-R-Thomas
Anne-M-Burke
Charles-E-Freeman

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331(a) U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWAYNE-GRIFFIN #N03592-ID
COURT-CASE-NO
04-CR-059001

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                              Case No: _____
                                 (To be supplied by the Clerk of this Court)

THOMAS-R-Fitzgerald
Thomas-L-KiLBRide
Rita-B-Garman
LLOyd-KARmeter
michael-F-Sheahan
Callie-Baird

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331(a) U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _DWAYNE - GRIFFIN_

B.    List all aliases: _NONE) Court - CASe - No - 04 - CR 059001_

C.    Prisoner identification number: _#N03392_

D.    Place of present confinement: _WesteRN - ILLiNois - CoRR - CeNteR_

E.    Address: _R-R-4-Box196- mt - SteRLiNg - IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)



A.    Defendant: _RichARd - A - DeViNe_

Title: _StAte's - AttoRNey - oF - Cook - CouNty_

Place of Employment: _69 - West - WAShiNgtoN - ChicAgo - IL 60602_

B.    Defendant: _GeRALd - T - WiNiecki_

Title: _Judge-_

Place of Employment: _5555 West - GRANd - ChicAgo - ILL 60651_

C.    Defendant: _SUZANNe - KRAUSe -_

Title: _AssistANt - StAtes - AttoRNey -_

Place of Employment: _5555 West - GRANd - ChicAgo ILL 60651_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.  **Plaintiff(s):**

    A.   Name: _DWAYNE - GRIFFIN_

    B.   List all aliases: _NONE) Court - Case - No - 04 - CR059001_

    C.   Prisoner identification number: _#N03392_

    D.   Place of present confinement: _Western - Illinois - Corr - Center_

    E.   Address: _R-R-4-Box 196- mt- Sterling -IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _Edwin - A - Burnette_

          Title: _Public - defender - of - cook - County_

          Place of Employment: _69 - west - Washington St - Chicago ILL 60602_

    B.   Defendant: _ELYSE - EPSTEIN_

          Title: _Assistant - Public - defender_

          Place of Employment: _5555 west - Grand - Ave - Chicago ILL 60651_

    C.   Defendant: _Ivette - NUEVA_

          Title: _Store - Manger - Block - Buster - Video_

          Place of Employment: _1303 North - Milwaukee_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3

I. **Plaintiff(s):**

A.   Name: _DWAYNE - GRIFFIN_

B.   List all aliases: _NONE) COURT - CASE - NO - 04 - CR059001_

C.   Prisoner identification number: _#N03392_

D.   Place of present confinement: _WESTERN - ILLINOIS - CORR - Center_

E.   Address: _R-R-4 -BOX 196 - mt - Sterling -IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C.**)

A.   Defendant: _Joseph - m - Claps_

   Title: _Judge -_

   Place of Employment: _2650 -South - CALiFORNiA - Ave -Chicago - ILL 60608_

B.   Defendant: _Jose - Padon -_

   Title: _UNKNOWN_

   Place of Employment: _2401 - South - 56th - Ct - Cicero_

C.   Defendant: _ANJANA - HANSeN_

   Title: _Assistant - States - Attorney -_

   Place of Employment: _5600 - old - ORChARd - Road - Skokie ILL 60077_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.    **Plaintiff(s):**

   A.   Name: _DWAYNE - GRIFFIN_

   B.   List all aliases: _NONE) COURT - CASE - NO - 04 - CR059001_

   C.   Prisoner identification number: _#N03392_

   D.   Place of present confinement: _WesteRN - ILLINOIS - CORR - Center_

   E.   Address: _R-R-4-BOX 196 - mt - SteRling - IL-62353_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
   I.D. number, and current address according to the above format on a separate sheet of
   paper.)

II.   **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official
   position in the second blank, and his or her place of employment in the third blank.  Space
   for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: _ANN - BURAN_
        Title: _ASSistant - States - Public - defender_
        Place of Employment: _5600 - old - ORChard - Road - SKokie - IL 60077_

   B.   Defendant: _SHARON - m - SULLVAN_
        Title: _Judge -_
        Place of Employment: _5600 - old - ORChard - Road - SKokie ILL60077_

   C.   Defendant: _Stephanie - Callas_
        Title: _ASSistant - States - Attorney_
        Place of Employment: _5600 - old - ORChard - Road - SKokie ILL - 60077_

   (If you have more than three defendants, then all additional defendants must be listed
   according to the above format on a separate sheet of paper.)

6

I.  **Plaintiff(s):**

    A.   Name: *DWAYNE - GRIFFIN*

    B.   List all aliases: *NONE) Court - Case - No - 04 - CR05900N*

    C.   Prisoner identification number: *#N03392*

    D.   Place of present confinement: *Western - Illinois - Corr - Center*

    E.   Address: *R-R-4-Box 196 - mt-Sterling-IL-62353*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)



    A.   Defendant: *MARSHALL - Libert*

        Title: *Assistant - State's - Attorney*

        Place of Employment: *5600 - old - Orchard - Skokie - Ill 60077*

    B.   Defendant: *Bruce - Mosbaucher*

        Title: *Public - Defender -*

        Place of Employment: *5600 old - Orchard - Road - Skokie Ill 60077*

    C.   Defendant: *Richard - Albanese*

        Title: *Assistant - State's - Attorney*

        Place of Employment: *5600 - old - Orchard - Road - Skokie Ill 60077*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**I.    Plaintiff(s):**

A.    Name: _DWAYNE - GRIFFIN_

B.    List all aliases: _NONE) COURT - CASE - NO - 04 - CR05900I_

C.    Prisoner identification number: _#N03392_

D.    Place of present confinement: _WESTERN - ILLINOIS - CORR - Center_

E.    Address: _R-R-4-Box 196- mt-Sterling-IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _ANN - DyKeS_
Title: _Public - defender_
Place of Employment: _5600-old-ORChARd-ROAd-SKOKie IL 60077_

B.    Defendant: _LORI - SchuLTz_
Title: _ASSistAnt-StAte's-Attorney_
Place of Employment: _5600-old-ORChARd-ROAd-SKOKie_

C.    Defendant: _matthew - BLomstRANd_
Title: _Police - OFFiceR - #15875_
Place of Employment: _5555-west-GRANd-Ave-Chicago-IL 60657_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.   **Plaintiff(s):**

A.   Name: _DWAYNE-GRIFFIN_

B.   List all aliases: _NONE) Court-Case-No-04-CR05900_

C.   Prisoner identification number: _#N03392_

D.   Place of present confinement: _Western-Illinois-Corr-Center_

E.   Address: _R-R-4-Box196-mt-Sterling-IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Ahse-Lee-F.) Jessie-harris_

Title: _Police-Officer #19888_

Place of Employment: _5555-west-GRAND-Ave-Chicago-ILL 60651_

B.   Defendant: _J-PRILL-_

Title: _Police-offier #15774_

Place of Employment: _5555-west-GRAND-Ave-Chicago-ILL 60651_

C.   Defendant: _J. O.-BROGAN-_

Title: _Police-officer #1432_

Place of Employment: _5555-west-GRAND-Ave-Chicago-IL 60651_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.  **Plaintiff(s):**

    A.  Name: _DWAYNE - GRIFFIN_

    B.  List all aliases: _NONE) Court - Case - No - 04 - CR05900l_

    C.  Prisoner identification number: _#N03392_

    D.  Place of present confinement: _Western - Illinois Corr - Center_

    E.  Address: _R-R-4-Box 196- mt - Sterling -IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.  Defendant: _TOM - E - MORALES_
        Title: _Police - Officer #6833_
        Place of Employment: _5555 - West - Grand - Ave - Chicago Ill 60651_

    B.  Defendant: _Charley - J - Walker_
        Title: _Police - officer - #5332_
        Place of Employment: _R. A. - Pod GORNY - Ricky_

    C.  Defendant: _R, A - Podgorny -_
        Title: _Police - Officer - 19776_
        Place of Employment: _5555 - West - Grand - Ave - Chicago 60651 - Ill_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**I.**　　**Plaintiff(s):**

　　A.　　Name: _DWAYNE - GRIFFIN_

　　B.　　List all aliases: _NONE) COURT - CASE - NO - 04 - CR05900_

　　C.　　Prisoner identification number: _#N03392_

　　D.　　Place of present confinement: _WESTERN - ILLINOIS - CORR - Center_

　　E.　　Address: _R-R-4-BOX196- mt-Sterling-IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.**　　**Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

　　A.　　Defendant: _K.E. Collier - JR._

　　　　　Title: _Police - OFFicer #18434_

　　　　　Place of Employment: _5555 - West - GRAND - Ave - Chicago - ILL 60651_

　　B.　　Defendant: _Timothy - Edeling_

　　　　　Title: _Police - OFFicer_

　　　　　Place of Employment: _5555 - West - GRAND - Ave - Chicago - IL 60651_

　　C.　　Defendant: _LAURA - M - CARABallo_

　　　　　Title: _Police - OFFicer # 20014_

　　　　　Place of Employment: _5555 West - GRAND - Ave - Chicago ILL 60651_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

**I.**    **Plaintiff(s):**

   A.    Name: _DWAYNE - GRIFFIN_

   B.    List all aliases: _NONE) Court - Case - No - 04 - CR059001_

   C.    Prisoner identification number: _#N03392_

   D.    Place of present confinement: _Western - Illinois - Corr - Center_

   E.    Address: _R-R-4-Box196-mt-Sterling-IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.    Defendant: _Sharon - Smith_
         Title: _Police - Officer #18384_
         Place of Employment: _5555 west - Grand - Ave - Chicago Ill (60651)_

   B.    Defendant: _K - Evewoff_
         Title: _Police - Officer #20248_
         Place of Employment: _5555 - west - Grand - Ave - Chicago Ill 60651_

   C.    Defendant: _Stephan - Combes_
         Title: _Police - Officer_
         Place of Employment: _5555 - west - Grand - Ave - Chicago Ill 60651_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**I.    Plaintiff(s):**

A.   Name: _DWAYNE - GRIFFIN_

B.   List all aliases: _NONE) COURT - CASE - NO - 04 - CR 05900I_

C.   Prisoner identification number: _#N03392_

D.   Place of present confinement: _WESTERN - ILLINOIS- CORR - Center_

E.   Address: _R-R-4-BOX196- mt-Sterling-IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
I.D. number, and current address according to the above format on a separate sheet of
paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank.  Space
for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Michael - J. PelleTier_

Title: _Deputy - Defender_

Place of Employment: _203 - North- LASAlle -St-Chicago ILL 60601_

B.   Defendant: _MARY - Grudnowski_

Title: _Senior - PARALegAL_

Place of Employment: _203 - North- LASAlle- St Chicago -ILL 60601_

C.   Defendant: _DeBRA-LOEVY-Reyes_

Title: _Public - defender_

Place of Employment: _203 - North-LASAlle-St-Chicago-ILL 60601_

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

I.  **Plaintiff(s):**

A.   Name: *DWAYNE - GRIFFIN*

B.   List all aliases: *NONE) Court - Case - No - 04 - CR059001*

C.   Prisoner identification number: *#N03392*

D.   Place of present confinement: *Western - Illinois - Corr - Center*

E.   Address: *R-R-4 - Box 196 - mt - Sterling - IL 62353*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: *James - E - Fitzgerald*

Title: *States - Attorney*

Place of Employment: *300 - Daley - Center*

B.   Defendant: *William - L - Toffentti*

Title: *States - Attorney*

Place of Employment: *300 - Daley - Center*

C.   Defendant: *Lisa - m - morrison*

Title: *State's - Attorney -*

Place of Employment: *300 - Daley - Center*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**I.    Plaintiff(s):**

    A.   Name: *DWAYNE – GRIFFIN*

    B.   List all aliases: *NONE) COURT – CASE – NO – 04 – CR 05900 )*

    C.   Prisoner identification number: *#N03392*

    D.   Place of present confinement: *WESTERN – ILLINOIS – CORR – Center*

    E.   Address: *R – R – 4 – Box 196 – mt – Sterling – IL – 62353*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: *Thomas – E – Hoffman*

         Title: *Judge –*

         Place of Employment: *160 – North – LaSalle – St – Chicago – IL 60601*

    B.   Defendant: *Themis – N – Karnezis*

         Title: *Judge*

         Place of Employment: *160 – North – LaSalle – St – Chicago – IL 60601*

    C.   Defendant: *Mary – Jane – Theis*

         Title: *Judge –*

         Place of Employment: *160 – North – LaSalle – St – Chicago – IL 60601*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.    **Plaintiff(s):**

A.    Name: _DWAYNE - GRIFFIN_

B.    List all aliases: _NONE) COURT - CASE - NO - 04 - CR059001_

C.    Prisoner identification number: _#N03392_

D.    Place of present confinement: _WeSteRN - ILLINOIS CORR - Center_

E.    Address: _R-R-4-BOX 196- mt-SterLiNg -IL-62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Robert - R - Thomas_

Title: _Judge -_

Place of Employment: _Supreme - Court - Building - Springfield ILL 62701_

B.    Defendant: _ANNE - m - BuRke -_

Title: _Judge -_

Place of Employment: _Supreme - Court - Building SpRingField - ILL 62701 -_

C.    Defendant: _CHARLeS - E - fReemAN_

Title: _Judge -_

Place of Employment: _Supreme - Court - Building SpRingField - ILL 62701_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.    **Plaintiff(s):**

A.    Name: _DWAYNE - GRIFFIN_

B.    List all aliases: _NONE) Court - Case - No - 04 - CR059001_

C.    Prisoner identification number: _#N03392_

D.    Place of present confinement: _WesteRN - ILLiNOiS - CoRR - Center_

E.    Address: _R-R-4-Box196 - mt-SteRling - IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Thomas - R - Fitzgerald_

Title: _Judge_

Place of Employment: _Supreme - Court - Building SPRingfield - ILL - 62701_

B.    Defendant: _Thomas - L - KilBRide_

Title: _Judge -_

Place of Employment: _Supreme - Court - Building SPRingfield - ILL 62701_

C.    Defendant: _Rita - B - Garman_

Title: _Judge_

Place of Employment: _Supreme - Court - Building SPRingfield - ILL 62701_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.    **Plaintiff(s):**

A.    Name: _DWAYNE - GRIFFIN_

B.    List all aliases: _NONE) Court - Case - No - 04 - CR 059001_

C.    Prisoner identification number: _#N03392_

D.    Place of present confinement: _WESTERN - ILLINOIS - CORR - Center_

E.    Address: _R-R-4-BOX 196 - mt - Sterling - IL 62353_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
I.D. number, and current address according to the above format on a separate sheet of
paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank.  Space
for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _LLOYd - KARMeter_

Title: _Judge -_

Place of Employment: _Supreme - Court - Building - Springfield - ILL 62701_

B.    Defendant: _Michael - F - Sheahan_

Title: _Sheriff -_

Place of Employment: _2700 - South - California - Chicago - IL 60608_

C.    Defendant: _Callie - Baird_

Title: _Director_

Place of Employment: _2700 - South - California - Chicago - IL 60608_

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

Revised 4/01                                        2 4

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )   *Appeal—All Case—To—Appellate—Courts—And—THE—Supreme—Court*

C.    If your answer is YES: *of—Illinois*

1.    What steps did you take?

*Appeal To—Appellate—Court Appeal—To—Supreme—Court—of—Illinois*

2.    What was the result?

*Pending—Appealing—To—Appellate Courts—To—Supreme—Courts—of Illinois*

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

*Pending—Appealing—To—Appellate Courts—To—Supreme—Courts*

D.    If your answer is NO, explain why not:

*Pending—Appealing*

E.    Is the grievance procedure now completed?  YES (X)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?



Appeal – To – Appellate – courts
To – Supreme – Court of – Illinois

2.    What was the result?



Pending – Appealing

H.    If your answer is **NO**, explain why not:



Pending – Appealing

**IV.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: GRIFFIN—VS—Blagojevich—06—315—317—318—319— 07-462—463—466—471—470—472 GRIFFIN—VS—Sheahan—05-6365—05—6724—DSexico 06-2633—holder#HN—3703—07I—3218—3219—3220—3221 3203—3224—1158—1159—1765—186-187

B.   Approximate date of filing lawsuit: 3-11-2005—6-11-2006—2-10-2007

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

NONE

D.   List all defendants: PlAiNtiff DWAYNE—GRiFFiN

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORthern—CENtRAL—SOUthERN

F.   Name of judge to whom case was assigned: JAmes—holdermAN RAgENN muRphy—Gilbert—BAkeR—moody—herndoN

G.   Basic claim made: INJURys—CoNdition LegAL MAIL—Segection—

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): All—CAse—ARE—PENdiNg ANd—Being—Appeuked

H.   Approximate date of disposition: 6—8—2006—17—10—2007

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

(Twelve - Counts - of - obstructing - of - Justice)
(1) - Three - Counts - of - Wrongful - Imprisonment - (2)
five - Counts - of - Racial - discrimination - (3) Three -
Counts - of - Kidnaping - (4) Twelve - counts - of - lying -
IN - THE - Name - of - GOD - (5) twelve - counts - of -
Concealing - Evidence (6) Twelve - counts - of -
Conspiracy -) on - february - 20th - 2004 - Between -
the - hour - 10:30 - p.m - And - 11:00 p.m - I - the - Plaintiff
Dwayne - Griffin - was - picked - up - By - unknown
Chicago - Police - officers - As - I - the - Plaintiff
Dwayne - Griffin - was - walking - Down - The - Street
of - milwaukee - And - Ashland - I - was - Taken - To - the - 14th
District - Police - Station - IN - the - city - of - Chicago - Illinois
were - I - The - Plaintiff - Dwayne - Griffin - was - held - until
Sunday - fedRuary - The - 22nd - 2004 - I - was - Then - Taken
And - Transfer - To - the - Cook - county - Jail - IN - The - city
of - Chicago - Illinois) on - february - 27th - 2004 - I
The - Plaintiff - Dwayne - Griffin - Appear - before
Judge - Gerald - T - winiecki - for - A - preliminary
Hearing - on - march - 19th - 2004 - I - The - Plaintiff
Dwayne - Griffin - Appear - before - Judge - Joseph - m -
Claps - for - A - unnamed - Proceedings - I - THE

PLAINTIFF-DWAYNE-GRIFFIN-Appear-before-Judge.

Sharon-m-Sullivan-on *-MARCH-26th-2004

I-THE-PLAINTIFF-DWAYNE-GRIFFIN-REQUESTED
A-Fast-And-Speedly-TRIAL-FOR-WHATEVER
Judge-Sharon-m-Sullivan-Charged-THE-
Plaintiff-Dwayne-Griffin-with-I-the-
Plaintiff-Dwayne-Griffin-Recieved-ANY
Charges-From-ANY-Chicago-Police
on-February-20th 2004-Friday-I-the-Plaintiff
Dwayne-Griffin-did-Recieve-Approximately
(31)-False-made-up-And-cut-up-Police
Reports-with-NO-Signatures-THE-Evidence
will-prove-The-Plaintiff-Dwayne-Griffin
Case-Against-The-defendants-ON-JANUARY
THE-6th-2005-I-the-Plaintiff-DWAYNE
GRIFFIN-was-Charge-with-A-Burglary
And-Found-guilty-By-A-JURY-TRIAL
And-Sentenced-To-9 years-IN-IDOC.
(1)Because-The-defendants-Refuses-To
Do-Righteously-Truthly-And-Justy
And-They-CONTINUE-TO-Lie)IN-
THE-NAME-OF-GOD-This-
Civil-Rights-Complaint-hAS-Been-
Filed They-CANNOT-SAY-They-did-Not
Do-it-OR-They-Knew-Nothing
They-All-KNOW-And-Because-They-
Know-They-must-And-Will-Be-
Held-Accountable-FOR-Their-EVILS.

That-A-Jury-Be-Present-At-Court-Proceeding
That-The-Plaintiff-DWAYNE-GRIFFIN-CONICtioN-Be
REMoved-FROM-his-RECORd-AND-That-I-The-PlAiNtiFF

**VI. Relief:** DWAYNE-GRIFFIN-Be-RelEASed-FROM-PRisON

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

BECAUSE-The-defendANTs-hAS-BROKEN-TheiR-oAThs
TO-GOD-Almighty-First-That-the-defendANTs
Be-PROSECUTED-TO-The-FullNESS-of-the-LAW
AND-That-I-the-DWAYNE-GRIFFIN-Be-AwARdEd
(NINE-million-DollARS-PN-PuNitive-DAmAgES-
(NINE-million-DollARS-IN-moNETARY-DAmAgES
FROM-EACh-DefeNdANt.

CERTIFICATION

AND-ThAt-The-defeNdANts
PAY-All-Courts-Cost
All-AttoRNey-Fees
AND-THE-PlAiNtiFF-
DosE-REquEst-A-
JuRy-TRiAL-ANd-
A-FASt-ANd-Speedy
TRiAL

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief. I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this _14th_ day of _NOV_ , 20_07_

_Dwayne Griffin_
_Dwayne Griffin_
(Signature of plaintiff or plaintiffs)

DWAYNE-GRIFFIN
(Print name)

N03392
(I.D. Number)

Subscibed-AND-SwRN-To-before-me
This _4_ DAY-of-_Dec_ _2007_

my-CommissioN _4/22/10_

_Michele Olson_
NotARy-Public

R-R-4-BOX196
mt-SteRling-IL-62353
(Address)

"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC
STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/10

Revised 4/01

30