# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC FILED
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DWAYNE GRIFFIN

**Defendant(s):** RICHARD A. DEVINE, et al.
(SEE first 8 pages of complaint)

**County of Residence:** BROWN

**County of Residence:**

**Plaintiff's Address:**
Dwayne Griffin
N-03392
Western - WST
R.R. 4, Box 196
Mt. Sterling, IL 62353

**Defendant's Attorney:**

08CV939
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham **Date:** 02/14/2008