IN THE NAME OF JESUS CHIRIT

UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF ILLINOIS EASTERN DIVISION

DWAYNE GRIFFIN #N03392
PLAINTIFF

VS.

Richard A Devine
defendants et al

08CV939
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

FILED
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The undersinged petitioner Dwayne Griffin Respectfully moves the court to appoint counsel for him in this cause. In support petitoner states.

(1) I have been incarcerated continusly since Feb 20th 2004 and I am presently held in custody and residing at the Western Illinois Corr Center in Illinois county of Brown.

(2) I am without sufficient income or assets with which to pay for the cost of these proceedings or to employ an attorney to represent me in this matter. And I pray the courts to appoint counsel to represent me in this matter.

(3) I have a consitutional right to access to the courts but without access to the courts my claim defendants will not be adequate effective or meaningful

(4) my (claim/defense) in this matter is not frivolous or malicious but is colorable and meritorious

(5) Since this matter concerns my confinement I have sought the rightful court procedures before these actions was been filed in this court

Dated 12-4-2007

Dwayne Griffin #N03392
R-R-4-Box 196
Mt Sterling Ill 6235