File Date: _2-11-2008_____

Case No: _08cv 939_____

ATTACHMENT # _5_____

EXHIBIT _1A_____

**TAB (DESCRIPTION)**

_____



EX 1 A



EX 2 B



EX 3 C



EX 4 D



EX 1 A



EX 2 B



EX 3 C



EX 4 D

Library

*IN NAME OF JESUS-Christ*

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
                                )  Case No. _____
            v.                  )
                                )
                                )
Richard-A-Devine                )
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: Richard-A-Devine
United-States-Court             300-DALeY-Center
House-219-SO.DEARBORN           Chicago-ILLINOIS
Street-Chicago-ILLINOIS         60602

PLEASE TAKE NOTICE that on 11-19- , 2007, I have filed with the
U.S. Mail through the W I C C Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcript
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007          /s/ Dwayne Griffin
                          NAME: DWAYNE-GRIFFIN
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western-CC , IL 62353

Form Revised 11/1/01

Library

_Jesus-Christ_

IN THE

UNITED–States– District– COURT
NORTHERN– DISTRICT– OF– ILLINOIS-EASTERN-DiVISION

DWAYNE– GRIFFIN
Plaintiff          #N03392          )
                                    )
                                    )   Case No. _____
         v.                         )
                                    )
                                    )
Gerald–T–Winiecki                   )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK–OF–COURT          TO: Gerald–T–Winiecki
    UNITED–STATES–COURT          5555–WEST–GRAND
    HOUSE–219-SO. DEARBORN       Chicago–ILLIV
    Street–Chicago–ILL INOIS

PLEASE TAKE NOTICE that on  11–19–  , 2007 I have filed with the
U.S. Mail through the  W I C C  Correctional Center the following
documents, properly addressed to the parties above: Civil – Rights
Complaint – preliminary– Hearing–Transcript
Court– Records– Police– Reports– Pictures–
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11–19–2007

/s/ Dwayne Griffin
NAME: DWAYNE – GRIFFIN
IDOC#: #N03302
Western             Correctional Center
P.O. BOX 196
Western–CC     , IL 62353

Form Revised 11/1/01

*Jesus-Christ*

## IN THE
# UNITED-STATES-DISTRICT-COURT
# NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #NO3392 )
)  Case No. _____
v. )
)
)
SUZANNE-KRAUSE )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: CleRK-OF-CouRt
United-States-Court
House-219-SO.DeaRboRN
Street-Chicago-ILLinois

TO: SUZANNE-KRAUSE
5355-West-GRAND
Chicago-ILLinois
60651

PLEASE TAKE NOTICE that on 11-14- __, 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-PReliminaRy-HeaRing-TRanscRipt
CouRt-Records-Police-RepoRts-PictuRees
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #NO3392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/2/01

# IN THE
## UNITED-States- District - COURT
### NORTHERN-DISTRICT-OF- ILLINOIS-EAStern-Division

DWAYNE-GRIFFIN ⟩
Plaintiff #N03392 ⟩
⟩ Case No. _____
v. ⟩
⟩
EdwiN-A-BuRNette ⟩
Defendant ⟩

## PROOF/CERTIFICATE OF SERVICE

TO: CLeRK-OF-Court
United-StAtes-Court
house-219-SO. DEARboRN
Street-Chicago-ILLiNois

TO: EdwiN-A-BuRNette
69 WEST-WashiNgton
Chicago - ILLiNois
60682

PLEASE TAKE NOTICE that on 11-19-, 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil - Rights
CompLAiNt - preLimiNARY - Hearing - TRANSCRipts
Court - Records - Police- RepoRts-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE - GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
WESTERN - CC , IL 62353

Library

Form Revised 11/1/01

IN THE NAME OF JESUS-Christ

# UNITED-States - District - COURT
## NORTHERN - DISTRICT - OF - ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff    #N03392 )
)
)    Case No. _____
v.    )
)
)
ELYSE-EPSTEIN )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT        TO: ELYSE-EPSTEIN
UNITED-STATES-COURT          55-55 west GRAND-
HOUSE-219-SO. DEARBORN        AVE-Chicago-ILL
Street-Chicago-ILLINOIS       60651

PLEASE TAKE NOTICE that on 11-19- , 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: CiVIL-Rights
COmplaint-preliminary-Hearing-TRANScRipts
COURT-RECORDS-Police-RePORTS-PICTURES
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007    /s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

# IN THE
# UNITED ~ States ~ District ~ COURT
## NORTHERN ~ DISTRICT ~ OF ~ ILLINOIS ~ EASTERN ~ DIVISION

DWAYNE ~ GRIFFIN )
Plaintiff  #N03392 )
) Case No. _____
v. )
)
)
)
IVETTE ~ NUEVA )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK ~ OF ~ Court          TO: IVETTE ~ NUEVA
UNITED ~ STATES ~ Court              1303 North ~ milwaukee
house ~ 219 ~ So. DEARBORN           Chicago ~ ILLINOIS
Street ~ Chicago ~ ILLINOIS          60651

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: Civil ~ Rights ~
Complaint ~ preliminary ~ Hearing ~ TRANSCRIPTS ~
Court ~ Records ~ Police ~ Reports ~ PICTURES

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE ~ GRIFFIN
IDOC#: #N03392
Western _____ Correctional Center
P.O. BOX 196
Western ~ CC , IL 62353

Form Revised 11/1/01

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DiVISION

DWAYNE-GRIFFIN                         )
Plaintiff   #N03392                    )
                                       )        Case No. _____
              v.                       )
                                       )
                                       )
Joseph-m-cl003                         )
Defendant                              )

### PROOF/CERTIFICATE OF SERVICE

TO:  CleRk-OF-Court          TO:  Joseph-m-clops
     United-States-Court           2650-South-CALiFoRNiA
     house-219-So.DeARBORN          Ave-Chicago-
     Street-Chicago-ILLiNOis        ILLiNOis-60608

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above:  Civil-Rights
Complaint-preliminary-Hearing-TRANScRipt
Court-ReCoRDS-Police-RePoRTS-PictuReS
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-14-2007_          /s/ Dwayne Griffin
                            NAME: DWAYNE-GRIFFiN
                            IDOC#: #N03392
                            WesteRN_____ Correctional Center
                            P.O. BOX _196_
                            WesteRN-CC_____, IL 62353

Form Revised 11/1/01

SD428

I AM   JESUS-CHRIST

## IN THE
## UNITED-States-District-Court
## NORTHERN-District-OF-ILLINOIS-EASTERN-Division

DWAYNE-GRIFFIN        )
Plaintiff     #N03392   )
                        )   Case No. _____
v.                      )
                        )
                        )
JOSE-PADON              )
Defendant               )

_____

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT        TO: JOSE-PADON
UNITED-STATES-COURT           2401-South-56th-ct
HOUSE-219-SO.DEARBORN         CICERO-ILLINOIS
STREET-Chicago-ILLINOIS

PLEASE TAKE NOTICE that on  11-19- , 2007 I have filed with the
U.S. Mail through the  WICC  Correctional Center the following
documents, properly addressed to the parties above:  CIVIL-Rights
COMPLAINT-PRELIMINARY-HEARING-TRANScRipt
Court-Records-Police-Reports-pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007        /s/ Dwayne Griffin
                        NAME: DWAYNE-GRIFFIN
                        IDOC#: #N03392
                        Western  Correctional Center
                        P.O. BOX 196
                        Western-CC , IL 62353

Form Revised 11/1/01

Library

Jesus Christ

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

DWAYNE GRIFFIN )
Plaintiff  #N03392 )
) Case No. _____
v. )
)
)
ANJANA HANSEN )
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF COURT
UNITED STATES COURT
HOUSE 219 SO. DEARBORN
STREET CHICAGO ILLINOIS

TO: ANJANA HANSEN
5600 OLD ORCHARD
ROAD SKOKIE
ILL 60077

PLEASE TAKE NOTICE that on _11-19_, 2007, I have filed with the
U.S. Mail through the _W I C C_ Correctional Center the following
documents, properly addressed to the parties above: CIVIL RIGHTS
COMPLAINT PRELIMINARY HEARING TRANSCRIPT
COURT RECORDS POLICE REPORTS PICTURES
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-19-2007_

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
WESTERN CC , IL 62353

Library

IN THE

UNITED-States-District-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
) Case No. _____
v. )
)
)
ANN-BURAN )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: ANN-BURAN
UNITED-STATES-COURT              5600-old-ORChard
HOUSE-219-SO.DEARBORN            ROAD-SKOKIE-
Street-Chicago-ILLINOIS          ILL-600977

PLEASE TAKE NOTICE that on __1-19-__, 20__07__, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: CIVIL-Rights
Complaint-preliminary-Hearing-TRANSCRIPT-
Court-Records-Police-Reports-Pictures-
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: __11-19-2007__          /s/ Dwayne Griffin
                              NAME: DWAYNE-GRIFFIN
                              IDOC#: #N03392
                              Western Correctional Center
                              P.O. BOX 196
                              Western-CC , IL 62353

SDA28

UNITED-States IN THE DISTRICT-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN                    )
Plaintiff  #N03392                )
                                  )     Case No. _____
                v.                )
                                  )
                                  )
SHARON-M-SULLIVAN                 )
Defendant

_____

PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: SHARON-M-SULLIVAN
UNITED-STATES-COURT             5600-OLD-ORCHARD
HOUSE-219-SO.DEARBORN           ROAD-SKOKIE
Street-Chicago-ILLINOIS         ILL-60077

PLEASE TAKE NOTICE that on  11-19-  , 2007, I have filed with the
U.S. Mail through the  WICC  Correctional Center the following
documents, properly addressed to the parties above:  CIVIL-Rights
COMPLAINT-PRELIMINARY-HEARING-TRANSCRIPT
COURT-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007       /s/ Dwayne Griffin
                       NAME: DWAYNE-GRIFFIN
                       IDOC#: #N03392
                       WESTERN  Correctional Center
                       P.O. BOX 196
                       WESTERN-CC  , IL 62353

Form Revised 11/1/01

## IN THE
# UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)
v. )  Case No. _____
)
)
Stephanie-Callas )
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court
United-States-Court
House-219-So.Dearborn
Street-Chicago-Illinois

TO: Stephanie-Callas
5660-Old-Orchard
Road-Skokie
Ill 60077

PLEASE TAKE NOTICE that on _11-19-_, 2007, I have filed with the U.S. Mail through the _W I C C_ Correctional Center the following documents, properly addressed to the parties above: _Civil-Rights Complaint-preliminary-Hearing-Transcript Court-Records-Police-Reports-Pictures_

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: Dwayne-Griffin
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

Library

IN THE

## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN

Plaintiff    #N03392

v.

MARSHALL-Libert

Defendant

Case No. _____

---

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT
UNITED-States-COURT
house-219-SO.DEARBORN
Street-Chicago-ILLINOIS

TO: MARSHALL-Libert
5600 old-ORCHARD
Road-SKOKIE
ILL-60077

PLEASE TAKE NOTICE that on 11-19- , 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: CIVIL-Rights
COMPlAINT-pReLIMINARY-HeARING-TRANSCRIPt
CourT-ReCords-Police-RepoRTS-PicTURes
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

## IN THE

# UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff  #N03392                )
                                   )
                                   )    Case No. _____
v.                                 )
                                   )
BRUCe-mosBAUChER                   )
Defendant                          )

---

### PROOF/CERTIFICATE OF SERVICE

TO: CleRK-OF-Court        TO: BRUle-mosBAU eHeR
United-States-Court           5600 Old ORCHArd
house-219-So.WEARBoRN         RoAd-SKOKie
Street-Chicago-ILLINOIS       ILL 60077

PLEASE TAKE NOTICE that on __11-14-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-TRAnscript
Court-RecoRds-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007    /s/ Dwayne Griffin
                    NAME: DWAYNE-GRIFFIN
                    IDOC#: #N03392
                    Western Correctional Center
                    P.O. BOX 196
                    Western-CC, IL 62353

SD428

Library

*I am the True Name of Jesus Christ*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

DWAYNE GRIFFIN )
Plaintiff #N03392 )
)
) Case No. _____
v. )
)
)
RICHARD ALBANESE )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF COURT
UNITED STATES COURT
HOUSE 219 SO. DEARBORN
Street Chicago ILL INOIS

TO: RICHARD ALBANESE
5600 OLD ORCHARD
ROAD SKOKIE
ILL 60077

PLEASE TAKE NOTICE that on 11-14- , 2007 I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: CIVIL RIGHTS
COMPLAINT PRELIMINIARY HEARING TRANSScripts
Court Records Police Reports Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Library

*Jesus-Christ*

## IN THE
## UNITED-STATES-DISTRICT-COURT
### NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN                    )
Plaintiff    #N03392             )
                                 )        Case No. _____
              v.                 )
                                 )
                                 )
ANN-DYKES                        )
Defendant                        )

---

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT           TO: ANN-DYKES
UNITED-STATES-COURT              5600 OLD-ORCHARD
HOUSE-219-SO.DEARBORN            ROAD-SKOKIE
Street-Chicago-ILLINOIS          ILL 60077

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: CiviL-Rights
Complaint-preliminary-Hearing-TRANSCRipt
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

Library

Case 1:08-cv-00929   Document 2   Filed 02/11/2008   Page 26 of 58

IN THE
## UNITED-STATES-DISTRICT-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)
) Case No. _____
v. )
)
)
LORI-SchULTZ )
Defendant )

---

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT
UNITED-STATES-COURT
HOUSE-219-SO.DEARBORN
Street-Chicago-ILLINOIS

TO: LORI-SchULTZ
5600-OLD-ORChard
ROAD-SKOKIE
ILL-60077

PLEASE TAKE NOTICE that on 11-19- , 2007 I have filed with the U.S. Mail through the WICC Correctional Center the following documents, properly addressed to the parties above: CIVIL-Rights Complaint-Preliminary-Hearing Transcript Court-Records-Police-Reports-Pictures

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
Western-CC , IL 62353

SD428

IN THE

UNITED-States - District - COURT
NORTHERN-DISTRICT-OF- ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff  #N03392 )
 )            Case No. _____
 )
           v.  )
 )
 )
MAtthew -BlomStrand )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: CleRk-OF-Court
United-STATES-Court
house-219-SO.DeARboRn
Street-Chicago-ILL INOIS

TO: MAtthew-BlomStRAND
5555-west-GRAND
Ave-Chicago-
ILL-60651

PLEASE TAKE NOTICE that on 11-19- , 2007 I have filed with the
U.S. Mail through the W I C C Correctional Center the following
documents, properly addressed to the parties above: Civil - Rights
Complaint-pReliminARY- HeARing TRANSCRipt
CouRt-RecoRds-Police-RepoRts-PictuRes
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE - GRIFFIN
IDOC#: #N03392
WesteRN Correctional Center
P.O. BOX 196
westeRN-CC , IL 62353

Form Revised 11/1/01

*IN THE* JESUS-CHRIST

## UNITED-STATES - DISTRICT - COURT
## NORTHERN - DISTRICT - OF - ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff        #N03592

v.

E/VSe F. Lee
Defendant

)
)
)  Case No. _____
)
)
)
)
)

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT
UNITED-STATES-COURT
HOUSE-219-SO.DEARBORN
Street-Chicago-ILLINOIS

TO: E/VSe F-Lee
5565-WEST-GRAND
AVE-Chicago-
ILL 60651

PLEASE TAKE NOTICE that on __11-19__, 2007, I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: Civil - Rights
Complaint - preliminary - Hearing TRANSCRIPT
Court - Records - Police-Reports - Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE - GRIFFIN
IDOC#: #N03592
Western Correctional Center
P.O. BOX 196
Western - CC , IL 62353

Form Revised 11/1/01

SD428

Library

_Jesus-Christ_

IN THE

UNITED-States- District - COURT
NORTHERN- DISTRICT-OF- ILLINOIS-EASTERN-DiVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
) Case No. _____
) 
v. )
)
)
Jessie-hARRiS )
Defendant

PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-Court      TO: Jessie-hARRiS
United-States-Court      5555 west-GRAND
house-219-So. DEARBORN      Ave-Chicago-
Street-Chicago-ILL iNoiS      ILL 60651

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint- preliminary-Hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN                        )
Plaintiff        #N03392             )
                                     )        Case No. _____
            v.                       )
                                     )
J. PRILL                             )
Defendant                            )

_____

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: J.-PRILL
UNITED-STATES-COURT              5555-WEST Grand
HOUSE-219-SO. DEARBORN           AVE-Chicago-
STREET-Chicago-ILLINOIS          ILL-60651

PLEASE TAKE NOTICE that on 11-19-, 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-Preliminary-Hearing-Transcript
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007        /s/ Dwayne Griffin
                        NAME: DWAYNE-GRIFFIN
                        IDOC#: #N03392
                        WesterN Correctional Center
                        P.O. BOX 196
                        WesterN-CC, IL 62353

## IN THE
## UNITED-STATES-DISTRICT-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff  #N03392 )
) :Case No. _____
v. )
)
)
J. O. BROGAN )
)
Defendant

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT    TO: J.O. BROGAN
UNITED-STATES-COURT        5555 WEST GRAND
HOUSE-219-SO. DEARBORN     AVE-Chicago
STREET-Chicago-ILLINOIS    ILL 60651

PLEASE TAKE NOTICE that on __11-19-__, 20_07_ I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: _Civil - Rights_
_Complaint - preliminary - Hearing - Transcript_
_Court - Records - Police - Reports - Pictures_
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-19-2007_    /s/ _Dwayne Griffin_
NAME: _DWAYNE - GRIFFIN_
IDOC#: _#N03392_
_Western_ Correctional Center
P.O. BOX _196_
_Western - CC_, IL_62353_

Form Revised 11/1/01

SDA28

I am The True - Name - of - Jesus - Christ

IN THE

UNITED - STATES - DISTRICT - COURT
NORTHERN - DISTRICT - OF - ILLINOIS - EASTERN - DIVISION

DWAYNE - GRIFFIN
#N03392
Plaintiff )
)
) Case No. _____
v. )
)
)
TOM - E - MORALES )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK - OF - COURT
UNITED - STATES - COURT
HOUSE - 219 - SO. DEARBORN
STREET - CHICAGO - ILLINOIS

TO: TOM - E - MORALES
5555 WEST - GRAND
AVE - CHICAGO -
ILL 60651

PLEASE TAKE NOTICE that on __11 - 19 -__ , 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: __CIVIL - RIGHTS__
COMPLAINT - PRELIMINARY - HEARING - TRANSCRIPT
COURT - RECORDS - POLICE - REPORTS - PICTURES
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11 - 19 - 2007

/s/ Dwayne Griffin
NAME: DWAYNE - GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
WESTERN - CC , IL 62353

## IN THE
# UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff   #N03392 )
)   Case No. _____
v.   )
)
)
CHARLEY-J-WALKER )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT     TO: CHARLEY-J-WALKER
UNITED-STATES-COURT     5355 West-GRAND
HOUSE-219-SO. DEARBORN    AVE-Chicago-
Street-Chicago-ILLINOIS    ILL-60657

PLEASE TAKE NOTICE that on __11-19-__, 20__07__, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: CiViL-Rights
COMPIAINT-PRELIMINARY-Hearing-TRANSCRIPts
COURT-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: __11-19-2007__     /s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western _____ Correctional Center
P.O. BOX 196
Western-CC _____, IL 62353

Form Revised 11/1/01

IN THE NAME OF Jesus-Christ

## IN THE
## UNITED-States – District – COURT
## NORTHERN – DISTRICT – OF – ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff          #N03392          )
                                    )
                                    )   Case No. _____
            v.                      )
                                    )
RICKY-A-Podgorny                    )
Defendant                           )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: RICKY-A-Podgorny
    United-States-Court          5555West-Grand
    house-219-So.Dearborn        Ave-Chicago
    Street-Chicago-ILLinois      ILL-60657

PLEASE TAKE NOTICE that on ___11-19-___, 2007, I have filed with the
U.S. Mail through the __W.I.C.C__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint – Preliminary-Hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western          Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Jesus-Christ

IN THE

UNITED-States - District - COURT
NORTHERN - DISTRICT - OF - ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff    #NO3392    )
)
)    Case No. _____
v.    )
)
)
K.E -Collier    )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO:  CleRK-OF-COURT          TO:  K.E. Collier
UNITED-STATES-COURT               5555 WEST-GRAND
HOUSE-219-SO. DEARBORN            AVE-Chicago-
Street-Chicago - ILLINOIS         ILL 60657

PLEASE TAKE NOTICE that on  1-1-19-  , 2007, I have filed with the
U.S. Mail through the  WICC  Correctional Center the following
documents, properly addressed to the parties above:  Civil - Rights
COMPLAINT - PReLiMiNARY Hearing - Transcripts
Court-Records-Police- Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct.  28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007        /s/ Dwayne Griffin
NAME: DWAYNE - GRIFFIN
IDOC#: #NO3392
Western  Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

*In the name of Jesus-Christ*

# UNITED-States IN THE District — COURT
## NORTHERN — DISTRICT-OF— ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff  #NO3392                    )
                                      )   Case No. _____
           v.                         )
                                      )
Timothy-Edeling                       )
Defendant                             )

---

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT
United-States-COURT
house-219-SO. DEARBORN
Street-Chicago-ILL INOIS

TO: Timothy-Edeling
5555 West-GRAND
Ave-Chicago-
ILL 60651

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: Civil — Rights
Complaint — preliminary — Hearing — Transcripts
Court — Records — Police — Reports — Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #NO3392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Library

IN THE NAME OF JESUS-Christ

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff    #N03392

)
)
)
)    Case No. _____
)
v.    )
)
)
LAURA-M-CARABallo )
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO:  CLERK-OF-COURT  TO:  LAURA-M-CARABallo
UNITED-States-COURT  5555 West-GRAND
house-219-SO. DEARBORN  AVe-Chicago
Street-Chicago-ILLINOIS  ILL 60651

PLEASE TAKE NOTICE that on **1-19-**, 20**07**, I have filed with the
U.S. Mail through the **WICC** Correctional Center the following
documents, properly addressed to the parties above: **Civil-Rights**
**Complaint-preliminary-Hearing-Transcripts**
**Court-Records-Police-Reports-Pictures**
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct.  28 USC 1746 and 18 USC 1621.

DATE: **1-19-2007**    /s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

IN THE

UNITED-STATES - DISTRICT - COURT
NORTHERN-DISTRICT-OF - ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)                    Case No. _____
)
v.                   )
)
)
SHARON-Smith )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: SHARON - Smith
UNITED-STATES-COURT             5555 West - GRAND
HOUSE-219-SO. DEARBORN          AVE - Chicago -
Street-Chicago-ILLINOIS         ILL - 60651

PLEASE TAKE NOTICE that on 11-19-, 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007          /s/ Dwayne Griffin
                          NAME: DWAYNE - GRIFFIN
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western-CC , IL 62353

Form Revised 11/1/01

SDA 28

# IN THE
# UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff     #N03392

v.

K-EVEWOFF
Defendant

)
)
)
)
)
)
)
)

Case No. _____

---

## PROOF/CERTIFICATE OF SERVICE

TO: CleRK-OF-COURT
United-STATES-Court
House-219-SO.DEARBORN
Street-Chicago-ILLINOIS

TO: K-EVEWOFF
5555 West-GRAND
Ave-Chicago
ILL 60651

PLEASE TAKE NOTICE that on 11-19- , 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-TRANSCRipts
Court-ReCordS-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/1/01

*IN-THE-NAME-OF-Jesus-Christ*

UNITED-States IN THE District-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff    #N03392

v.

STEPHAN-COMBES
Defendant

)
)
)
)    Case No._____
)
)
)
)

---

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT
UNITED-STATES-COURT
HOUSE-219-SO.DEARBORN
STREET-Chicago-ILL INOIS

TO: STEPHAN-COMBES
5355-WEST-GRAND
AVE-Chicago-
ILL-60651

PLEASE TAKE NOTICE that on _11-19-_, 20 07, I have filed with the
U.S. Mail through the _W I C C_ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcripts
Court-Records-Police-Reports-P.ctures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-19-2007_

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
WESTERN-CC , IL 62353

Library

CHRIST

IN THE
UNITED-States - DistRict - COURT
NORTHERN - DISTRICT - OF - ILLINOIS-EAstERN-Division

DWAYNE-GRiFFIN
Plaintiff
#N03392

v.

)
)
)
)  Case No. _____
)
)
)
)

Michael-J,-PelleTier )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO:  CleRK-of-Court
United-States-Court
house-219-So.DeARBoRN
Street-Chicago-ILLiNOiS

TO:  Michael-J-PelleTicR
203 NonTh-LASHille
Street-Chicago
ILL 60604

PLEASE TAKE NOTICE that on ___11-14-___, 2007, I have filed with the
U.S. Mail through the _WICCC_____ Correctional Center the following
documents, properly addressed to the parties above: CiViL-RiGhts
ComplAiNt-pRelimiNARy-heARiNG- TRANSCRipts
CouRt-RoCoRds-Police-RepoRts-PictuRes
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRiFFIN
IDOC#: #NO3392
WesterN _____ Correctional Center
P.O. BOX 196
WesterN-CC ____, IL 62353

Form Revised 11/1/01

Library

I CAST THIS NAME OF JESUS CHRIST

## IN THE
# UNITED-States-District-Court
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff                    #N03392 )
                                      )          Case No. _____
                        v.            )
                                      )
                                      )
MARY-GRUDNOWSKI )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court          TO: MARY-GRUDNOWSKI
United-States-Court              203-North-LaSalle
House-219-So.DeARBORN            Street-Chicago
Street-Chicago-ILLINOIS          ILL 60601

PLEASE TAKE NOTICE that on ___11-19-___, 2007, I have filed with the
U.S. Mail through the ___W I C C___ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007          /s/ Dwayne Griffin
                          NAME: DWAYNE-GRIFFIN
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western-CC, IL 62353

Form Revised 11/1/01

JESUS-CHRIST

IN THE

UNITED-STATES-DISTRICT-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)
) Case No. _____
v. )
)
)
DEBRA-LOEW-REYES )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-Court       TO: DEBRA-LOEW-REYES
United-States-Court       203-North-LASAlle
House-219-SO.DEARBORN     Street-Chicago
Street-Chicago-ILLINOIS   ILL 60607

PLEASE TAKE NOTICE that on ___11-19-___, 2007, I have filed with the
U.S. Mail through the ___WICC___ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007        /s/ Dwayne Griffin
                        NAME: DWAYNE-GRIFFIN
                        IDOC#: #N03392
                        Western Correctional Center
                        P.O. BOX 196
                        Western-CC, IL 62353

JESUS CHRIST

IN THE
UNITED-STATES-DISTRICT-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff )
#N03392 )
) Case No. _____
v. )
)
)
)
JAMES-E-Fitzgerald )
Defendant

PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court            TO: James-E-Fitzgerald
    United-States-Court           300-Daley Center
    House-219-So.Dearborn         Chicago-Illinois
    Street-Chicago-Illinois       60601

PLEASE TAKE NOTICE that on ___H-19-___, 2007, I have filed with the
U.S. Mail through the ___W.C.C.___ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-Transcripts
Court-Records-police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: Dwayne-Griffin
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC, IL 62353

Library

*IN THE NAME OF JESUS CHRIST*

## UNITED-States-DISTRICT-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
#N03392

Plaintiff

v.                                          Case No. _____

WILLIAM-L-TOFFENTTI

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: WILLIAM-L-TOFFENTTI
    UNITED-STATES-COURT         300-DALEY-Center
    HOUSE-219-SO.DEARBORN        CHICAGO-ILLINOIS
    Street-Chicago-ILLINOIS      60601

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: __11-19-2007__        /s/ Dwayne Griffin
                            NAME: DWAYNE-GRIFFIN
                            IDOC#: #N03392
                            Western Correctional Center
                            P.O. BOX 196
                            Western-CC, IL 62353

Form Revised 11/1/01

*IN THE NAME OF Jesus Christ*

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff                          )
          #N03392                  )
                                   )          Case No. _____
          v.                       )
                                   )
                                   )
LISA-M-MORRISON                    )
Defendant                          )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-Court         TO: LISA-M-MORRISON
UNITED-STATES-Court            300-DALEY-Center
HOUSE-219-SO.DEARBORN          CHICAGO-ILLINOIS
Street-Chicago-ILLINOIS        60601

PLEASE TAKE NOTICE that on _11-19-_, 2007, I have filed with the
U.S. Mail through the _WICC_ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
WESTERN _____ Correctional Center
P.O. BOX 196
WESTERN-CC , IL 62353

Form Revised 11/1/01

IN THE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

DWAYNE GRIFFIN )
Plaintiff #N03392 )
) Case No. _____
v. )
)
)
Thomas E. Hoffman )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF COURT        TO: Thomas E. Hoffman
UNITED STATES COURT          160 North LaSalle
HOUSE 219 SO. DEARBORN       Street Chicago
Street Chicago ILLINOIS      ILLINOIS 60601

PLEASE TAKE NOTICE that on __11-19-__, 2007 I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil Rights
Complaint Preliminary Hearing Transcripts
Court Records Police Reports Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: Dwayne Griffin
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western CC , IL 62353

SPA28

# IN THE
# UNITED-States - District - COURT
## NORTHERN - DISTRICT - OF - ILLINOIS-EAstERN-Division

DWAYNE-GRIFFIN )
Plaintiff        #NO3392 )
                             )        Case No. _____
         v.                  )
                             )
                             )
Themis-N-KARNeziS )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: CleRK-of-Court          TO: Themis-N-KARNeziS
United-StAtes-Court              160-NoRth-LASAlle
house-219-So.DeARBoRN            Street-Chicago
Street-Chicago-ILLiNOiS          ILL 60601

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-TRAnsCRipts
Court-ReCoRds-Police-RepoRts-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007        /s/ Dwayne Griffin
                        NAME: DWAYNE-GRIFFIN
                        IDOC#: #NO3392
                        Western Correctional Center
                        P.O. BOX 196
                        Western-CC, IL 62353

Library

_IN THE NAME OF JESUS Christ_

## IN THE
## UNITED-States-District-COURT
### NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-Division

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)              Case No. _____
v.            )
)
)
MARY-JANE-Theis )
Defendant )

---

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: MARY-JANE-Theis
UNITED-States-Court              160-NORTH-LaSalle
House-219-SO. DEARBORN          Street-Chicago
Street-Chicago-ILLINOIS          ILLINOIS-60601

PLEASE TAKE NOTICE that on __11-19-__, 20__07__, I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: _Civil-Rights_
_Complaint-preliminary-Hearing-Transcripts_
_Court-Records-Police-Report-Pictures_
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: __11-14-2007__          /s/ _Dwayne Griffin_
                              NAME: _DWAYNE-GRIFFIN_
                              IDOC#: _#N03392_
                              _Western_ Correctional Center
                              P.O. BOX _196_
                              _Western-CC_, IL _62353_

IN THE
UNITED-States-District-Court
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN          )
Plaintiff  #N03392      )
                        )          Case No. _____
        v.              )
                        )
                        )
ANNE-M-BURKE            )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT          TO: ANNE-M-BURKE
UNITED-STATES-COURT            SUPREME-COURT
HOUSE-219-SO.DEARBORN          Building-SPRINGFIELD
Street-Chicago-ILLINOIS        62701

PLEASE TAKE NOTICE that on ___1-19-___, 2007, I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-14-2007          /s/ Dwayne Griffin
                          NAME: DWAYNE-GRIFFIN
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western-CC, IL 62353

Library

IN THE NAME OF JESUS Christ

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
#N03392 )
Plaintiff )
)
) Case No._____
v. )
)
)
Robert-R-Thomas )
)
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court
United-States-Court
House-219-So.Dearborn
Street-Chicago-ILLinois

TO: Robert-R-Thomas
Supreme-Court
Building-Springfield
ILL 62701

PLEASE TAKE NOTICE that on 1-19- , 2007, I have filed with the
U.S. Mail through the WICC Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 1-19-2007 /s/ Dwayne Griffin

NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
WESTERN Correctional Center
P.O. BOX 196
Western-CC , IL 62353

Form Revised 11/3/01

## IN THE
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

DWAYNE GRIFFIN )
Plaintiff #N03392 )
)                    Case No._____
)
v.                   )
)
Charles E Freeman )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court          TO: Charles E Freeman
    United States Court          Supreme Court
    House 219 So. Dearborn       Building Springfield
    Street Chicago ILL INOIS     ILL 62707

PLEASE TAKE NOTICE that on __11-19-__, 2007 I have filed with the
U.S. Mail through the __W I C C__ Correctional Center the following
documents, properly addressed to the parties above: Civil Rights
Complaint - Preliminary Hearing - Transcripts
Court Records - Police Reports - Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007          /s/ Dwayne Griffin
                          NAME: Dwayne Griffin
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western CC , IL 62353

Form Revised 11/1/01

Library

Jesus Christ

## IN THE
## UNITED-STATES-DISTRICT-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff  #N03392 )
 )
 ) Case No. _____
v. )
 )
 )
Thomas-R-Fitzgerald )
Defendant

---

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court
United-States-Court
house-219-So.Dearborn
Street-Chicago-Illinois

TO: Thomas-R-Fitzgerald
Supreme-Court
Building-Springfield

PLEASE TAKE NOTICE that on ____11-19-____, 2007, I have filed with the
U.S. Mail through the ___WICC___ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-hearing TranScripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: Dwayne-Griffin
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC, IL 62353

## IN THE
## UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff   #N03392 )
  )
  )   Case No._____
  )
v.  )
  )
  )
THOMAS-L-KILBRIDE )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO:  CLERK-OF-COURT   TO:  Thomas-R-Fitzgerald
UNITED-STATES-COURT   SupReme-COURT
House-219-SO.DEARBORN   Building-SPRingfield
Street-Chicago-ILLINOIS   ILL-62707

PLEASE TAKE NOTICE that on ___11-19-___, 20_07_ I have filed with the
U.S. Mail through the ___W.C.C___ Correctional Center the following
documents, properly addressed to the parties above: _Civil-Rights_
_Complaint-preliminary-hearing-TRanscripts_
_Courts-ReCords-Police-Reports-Pctures_
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-19-2007_    /s/ _Dwayne Griffin_
    NAME: _DWAYNE-GRIFFIN_
    IDOC#: _#N03392_
    _WesteRN_ Correctional Center
    P.O. BOX _196_
    _WesteRN-CC_, IL_62353_

SUS-Christ

IN THE
UNITED-States-District-Court
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
)                                      Case No. _____
v. )
)
)
)
Rita-B-GARMAN- )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk-of-Court          TO: Rita-B-GARMAN
United-States-Court              Supreme-Court
house-219-So.Dearborn            Building-Springfield
Street-Chicago-Illinois          Ill 62701

PLEASE TAKE NOTICE that on ___11-19___, 2007, I have filed with the
U.S. Mail through the ___WICC___ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007          /s/ Dwayne Griffin
                          NAME: DWAYNE-GRIFFIN
                          IDOC#: #N03392
                          Western Correctional Center
                          P.O. BOX 196
                          Western-CC, IL 62353

Library

*ΙΣUS-CHRIST*

IN THE
UNITED-STATES-DISTRICT-COURT
NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN )
Plaintiff #N03392 )
) Case No. _____
v. )
)
)
LLOYD-KARMETER )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK-OF-COURT   TO: LLOYD-KARMETER
UNITED-STATES-COURT       SUPREME-COURT
HOUSE-219-SO.DEARBORN     BUILDING-SPRINGFIELD
Street-Chicago-ILLINOIS   ILL-62701

PLEASE TAKE NOTICE that on __11-19-__, 2007 I have filed with the
U.S. Mail through the __W.I.C.C.__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminnary-hearing-Transcripts
Court-Records-Police-Reports-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007

/s/ Dwayne Griffin
NAME: DWAYNE-GRIFFIN
IDOC#: #N03392
Western Correctional Center
P.O. BOX 196
Western-CC, IL 62355

Form Revised 11/1/01

IN THE

_UNITED-States-District-COURT_
_NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION_

_DWAYNE-GRIFFIN_ )
Plaintiff  #N03392 )
                            ) :Case No._____
            v.          )
                            )
                            )
_michael-F-Sheahan_)
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: _Clerk-of-Court_        TO: _michael-F-Sheahan_
_United-States-Court_            _2700-South-California_
_house-219-SO.Dearborn_          _Chicago-Illinois_
_Street-Chicago-Illinois_        _60608_

PLEASE TAKE NOTICE that on __11-19-__, 2007, I have filed with the
U.S. Mail through the _WICCC_ _____ Correctional Center the following
documents, properly addressed to the parties above: _Civil-Rights_
_Complaint-Preliminary-Hearing-Transcripts_
_Court-Records-Police-Reports-Pictures_
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: _11-19-2007_          /s/ _Dwayne Griffin_
                            NAME: _Dwayne-Griffin_
                            IDOC#: _#N03392_
                            _Western_ _____ Correctional Center
                            P.O. BOX _196_
                            _Western-CC_ , IL _62353_

Form Revised 11/1/01

## IN THE
# UNITED-States-District-COURT
## NORTHERN-DISTRICT-OF-ILLINOIS-EASTERN-DIVISION

DWAYNE-GRIFFIN
Plaintiff     #N03592          )
                               )
                               )     Case No. _____
            v.                 )
                               )
                               )
CAllie-BAird-                  )
Defendant                      )

---

### PROOF/CERTIFICATE OF SERVICE

TO:  CLERK-OF-COURT          TO:  CAllie-BAird
     UNITED-States-Court           2700-South-
     HouSE-219-So.DEARborN          CAliforNiA-
     Street-Chicago-ILLiNois       Chicago-FL.60608

PLEASE TAKE NOTICE that on ___11-19-___, 2007 I have filed with the
U.S. Mail through the __WICC__ Correctional Center the following
documents, properly addressed to the parties above: Civil-Rights
Complaint-preliminary-Hearing-Transcripts
COURT-ReCoRds-POLiCe-RepoRTS-Pictures
I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: 11-19-2007        /s/ Dwayne Griffin
                        NAME: DWAYNE-GRIFFIN
                        IDOC#: #N03592
                        WESTERN _____ Correctional Center
                        P.O. BOX 196
                        Western-CC , IL 62353

Form Revised 11/1/01

SD428 E