IN THE NAME OF JESUS CHRIST
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTENRN DIVISION

**FILED**
APR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DWAYNE GRIFFIN N03392
PLAINTIFF

CASE NO: 08-C-939

Richard Devine et AL
defendant

Joan B. Gottschall
Judge:

## Notice of Appeal

Now comes the Plaintiff Dwayne Griffin #N03392 in the above entitled cause an appeal is hereby taken in the final cause

I am the Plaintiff Dwayne Griffin #N03392 I am Appealing to the Court of Appeals

The final Judgement date MAR-14-2008

MAR-27-2008

Dwayne Griffin #N03392
P.O. Box 99
Pontiac ILL
61764