**FILED**
**APRIL 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 7, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1838
>
> Caption:
> DWAYNE GRIFFIN,
> Plaintiff - Appellant
>
> v.
>
> RICHARD A. DEVINE, et al.,
>  Defendants - Appellees
>
>
> District Court No: 1:08-cv-00939
> Court Reporter C. Kuemmeth
> Clerk/Agency Rep Michael Dobbins
> District Judge Joan Gottschall
>
> Date NOA filed: 04/03/2008

If you have any questions regarding this appeal, please call this office.

CC:

C. Kuemmeth

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**

form ID: **188**