## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### PLRA FEE ORDER

April 08, 2008

| | |
|---|---|
| No.: 08-1838 | DWAYNE GRIFFIN,<br>Plaintiff - Appellant<br><br>v.<br><br>RICHARD A. DEVINE, et al.,<br> Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:08-cv-00939<br>Northern District of Illinois, Eastern Division<br>Court Reporter C. Kuemmeth<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Joan Gottschall |

The pro se appellant has on three or more occasions had an action or appeal in a court of the United States dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief could be granted. Pursuant to 28 U.S.C. Section 1915(g) appellant may not proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that the pro se appellant pay the required $455.00 fees to the clerk of the district court by no later than 04/21/2008 or this appeal will be dismissed pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending payment of the fees. The appellant is reminded that the "unpaid docket fees incurred by litigants subject to Section 1915(g) lead straight to an order forbidding further

litigation." <u>See</u> <u>Sloan v. Lesza</u>, 181 F.3d 857, 859 (7th Cir. 1999).

form name: **c7_PLRA_Fee_Order**

form ID: **157**