

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                       312-435-5670


April 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Griffin -v- Devine

U.S.D.C. DOCKET NO. : 08 cv 939

U.S.C.A. DOCKET NO. : 08 - 1838

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

   VOLUME(S) OF PLEADING(S)              *1 Volume of Pleadings*

   VOLUME(S) OF TRANSCRIPT(S)

   VOLUME(S) OF DEPOSITION(S)

EXHIBITS:                                *1 Exhibit*

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                         Very truly yours,

                                         Michael W. Dobbins, Clerk

                                         By:_____
                                             D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Griffin -v- Devine.

USDC NO.    : 08 cv 939

USCA NO.    : 08-1838

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of Apr. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

# United States District Court
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois  60604**

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 08 cv 939

USCA No.: 08 - 1838

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 2/11/08 | 5 | EXHIBIT by plaintiff |

　　　　　　　　　　　　　　　　　　　　　IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 29th day of Apr. 2008.

　　　　　　　　　　　　　　　　　　　　　MICHAEL W. DOBBINS, CLERK

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00939
## Internal Use Only

1.
Griffin v. Devine et al
Assigned to: Honorable Joan B. Gottschall

Case in other court:                     08-01838

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/14/2008
Date Terminated: 03/14/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Dwayne Griffin**               represented by **Dwayne Griffin**
N-03392
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764
PRO SE

V.

**Defendant**

**Richard A. Devine**

**Defendant**

**Gerald J Winecki**

**Defendant**

**Suzanne Krause**

**Defendant**

**Edwin A Burnette**

**Defendant**

**Elyse Epstein**

**Defendant**

**Ivette Nueva**

**Defendant**

**Joseph M Claps**

**Defendant**

**Jose Padon**

**Defendant**

**Anjana Hansen**

**Defendant**

**Ann Buran**

**Defendant**

**Sharon M Sullivan**

**Defendant**

**Stephanie Callas**

**Defendant**

**Marshall Libert**

**Defendant**

**Bruce Mosbaucher**

**Defendant**

**Richard Albanese**

**Defendant**

**Ann Dykes**

**Defendant**
**Lori Schultz**

**Defendant**
**Matthew Blomstrand**

**Defendant**
**Elyse Lee**

**Defendant**
**J Prill**

**Defendant**
**Brogan J O.**

**Defendant**
**Tom E Morales**

**Defendant**
**Charley J Walker**

**Defendant**
**Bob A Podgorny**

**Defendant**
**K E Collier, Jr.**

**Defendant**
**Timothy Edeling**

**Defendant**
**Laura M Caraballo**

**Defendant**

**Sharon Smith**

**Defendant**

**Evenwoff K.**

**Defendant**

**Stephan Combes**

**Defendant**

**Michael J Pelletier**

**Defendant**

**Mary Grudnowski**

**Defendant**

**Debra Loevy Reyes**

**Defendant**

**James E Fitzgerald**

**Defendant**

**Lisa M Morrison**

**Defendant**

**Thomas E. Hoffman**

**Defendant**

**Themis N Karnezis**

**Defendant**

**Mary Jane Theis**

**Defendant**

**Robert R Thomas**

**Defendant**

**Anne M Burke**

**Defendant**

**Charles E Freeman**

**Defendant**

**Thomas R Fitzgerald**

**Defendant**

**Thomas L. Kilbride**

**Defendant**

**Rita B. Garman**

**Defendant**

**LLoyd Karmeter**

**Defendant**

**Michael F Sheahan**

**Defendant**

**Callie Baird**

**Service List**                                 represented by **Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | RECEIVED Complaint and 7 copies by Dwayne Griffin (Modified 02/15/08 tlm) (Entered: 02/15/2008) |
| 02/11/2008 | 2 | CIVIL Cover Sheet. (tlm) (Entered: 02/15/2008) |
| 02/11/2008 | 3 | MOTION by Plaintiff Dwayne Griffin to appoint counsel. (tlm) (Entered: 02/15/2008) |
| 02/11/2008 | 4 | FINANCIAL Affidavit by Dwayne Griffin. (tlm) (Entered: 02/15/2008) |
| 02/11/2008 S/C | 5 | EXHIBITS by Plaintiff Dwayne Griffin to received complaint 1 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 (tlm) (Poor Quality Originals - Paper Document on File). (Entered: 02/15/2008) |
| 02/11/2008 | 8 | POST MARKED envelope for initiating document by Dwayne Griffin (Document not scanned) (aew, ) (Entered: 02/21/2008) |
| 02/13/2008 | 6 | ~~(Court only) Document Entered in error. (tlm). Modified on 2/15/2008 (tlm). (Entered: 02/15/2008)~~ |
| 02/15/2008 | 7 | ~~NOTICE of Correction regarding fee information sheet 6 (tlm) (Entered: 02/15/2008)~~ |
| 03/14/2008 | 9 | MINUTE entry before Judge Honorable Joan B. Gottschall: Plaintiff's inmate trust fund statement is 4 construed to be a motion for leave to file in forma pauperis and is denied pursuant to 28 U.S.C. Section 1915(g). This action is summarily dismissed for failure of plaintiff to advise the court that three of his previous cases have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. Having brought this action, Plaintiff nevertheless remains obligated to pay the full filing fee of $350. Before pursuing any future litigation, Plaintiff must pay any outstanding fees. The Clerk is directed to send a copy of this order to the Trust Fund Officer at Western Illinois Correctional Center. All pending motions, including Plaintiff's motion for appointment of counsel 3 , are denied. Civil case terminated. Mailed notice (tlm) (Entered: 03/18/2008) |
| 03/18/2008 |  | MAILED a copy of the Order of 03/14/08 to Trust Fund Officer at Western Illinois Correctional Center and to Plaintiff Dwayne Griffin. (tlm) (Entered: 03/18/2008) |
| 04/03/2008 | 10 | NOTICE of appeal by Dwayne Griffin regarding orders 9 (Fee Due) (dj, ) (Entered: 04/07/2008) |
| 04/03/2008 | 16 | POST MARKED envelope for notice of appeal by Dwayne Griffin (Document not scanned) (aew, ) (Entered: 04/18/2008) |

| | | |
|---|---|---|
| 04/07/2008 | 11 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/07/2008)~~ |
| 04/07/2008 | 12 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 10 . Notified counsel (dj, ) (Entered: 04/07/2008)~~ |
| 04/08/2008 | 13 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 10 ; USCA Case No. 08-1838. (kj, ) (Entered: 04/09/2008)~~ |
| 04/08/2008 | 14 | ~~CIRCUIT Rule 3(b) Notice. (ca, ) (Entered: 04/09/2008)~~ |
| 04/08/2008 | 15 | ~~ORDER dated 4/8/08 from the 7th Circuit regarding notice of appeal 10 ; Appellate case no. : 08-1838; It is ordered that the pro se appellant pay the required $455.00 fees to the clerk of the district court by no later than 04/21/2008 or this appeal will be dismissed pursuant to Circuit Rule 3(b). (kj, ) (Entered: 04/09/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**