# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:     April 29, 2008

TO:       Michael W. Dobbins
            United States District Court
            Northern District of Illinois
            219 S. Dearborn Street
            Chicago, IL  60604

FROM:    Clerk of the Court

RE:       08-1838
            Griffin, Dwayne v. Devine, Richard
            08 C 939, Joan B. Gottschall, Judge

D/ FILED 4-30-2008
APR 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:       Counsel of record

[ ]      United States Marshal

[ ]      United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____        _____
(1202-052495)                                  Deputy Clerk, U.S. District Court