CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

April 29, 2008

FILED
4-30-2008
APR 30 2008



MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1838 | DWAYNE GRIFFIN,<br>Plaintiff - Appellant<br><br>v.<br><br>RICHARD A. DEVINE, et al.,<br>Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-00939<br>Northern District of Illinois, Eastern Division<br>Court Reporter C. Kuemmeth<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Joan Gottschall |

The pro se appellant has failed to pay the required fee as directed in this court's April 7, 2008 fee letter. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).