

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 09, 2008

To: Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago 60604-0000

FILED
MAY 12 2008 ac
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1838 | DWAYNE GRIFFIN, Plaintiff - Appellant v. RICHARD A. DEVINE, et al., Defendants - Appellees |
|---|---|

Originating Case Information

District Court No: 1:08-cv-00939
Northern District of Illinois, Eastern Division
Court Reporter C. Kuemmeth
Clerk/Agency Rep Michael Dobbins
District Judge Joan Gottschall

The mandate or agency closing letter in this cause issued on 04/29/08. Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:        Entire record returned consisting

of

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Pleadings:                                    1  *ae*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibits:                                     1  *ae*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                     **Received by:**

_____                           _____

form name: c7_Record_Return_toDC (form ID: 205)